ATTORNEY GRIEVANCE COMMISSION*    IN THE COURT OF APPEALS
OF MARYLAND                 *    OF MARYLAND

                       *
       Petitioner             *
                       *    Misc. Docket AG
                       *    No. 30
                       *    September Term, 2014
                       *
v.                        *
                       *
DAVID BENJAMIN SHAPIRO     *    In the Circuit Court
                       *    for Baltimore City
       Respondent         *    Case No. 24-C-14-004621 AG
                       *

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## <u>ORDER</u>

This Court having considered the Joint Petition for Reprimand by Consent filed herein

pursuant to Maryland Rule 16-772, it is this __13th__ day of __November__, 2014,

ORDERED, by the Court of Appeals of Maryland, that David Benjamin Shapiro,

Respondent, is hereby reprimanded for professional misconduct in violation of Rule 7.3(a) &

(b)(1) of the Maryland Lawyers' Rules of Professional Conduct.

 

                               /s/ Glenn T. Harrell, Jr.
                               Senior Judge